BARRY J. PORTMAN
Federal Public Defender
JAY RORTY
Assistant Federal Public Defender
160 West Santa Clara St., Ste. 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant
WALTER FRANCES ROZIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00405 JF (PVT) |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING |
| v. | ) | ORDER |
| WALTER FRANCES ROZIN, | ) | **HONORABLE JEREMY FOGEL** |
| Defendant. | ) | United States District Judge |

Defendant, WALTER FRANCES ROZIN, and the government through their respective counsel, Assistant Federal Public Defender Jay Rorty and Assistant United States Attorney Susan Knight, hereby stipulate that, subject to the Court's approval, sentencing in the above-entitled case be continued from October 12, 2005 to December 14, 2005 at 9:00 a.m before the Honorable Jeremy Fogel. The reason for the continuance is to allow the Probation Office to complete their report. U.S. Probation Officer Benjamin Flores has no objection to the continuance or the new date.

Dated: September____, 2005           _____/S/_____
                                                      JAY RORTY
                                                      Assistant Federal Public Defender


Dated: September____, 2005           _____/S/_____
                                                      SUSAN KNIGHT
                                                      Assistant United States Attorney

Stipulation To Continue Sentencing; Order            - 1 -

## ORDER

GOOD CAUSE APPEARING,

IT IS ORDERED that the status hearing in the above-entitled case is hereby continued from October 12, 2005 to December 14, 2005 at 9:00 a.m. to allow the Probation Office to complete their report.

Dated: October 3, 2005          _____s/electronic signature authorized_____
                                              HONORABLE JEREMY FOGEL
                                              United States District Judge

Stipulation To Continue Sentencing; Order          - 2 -